DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

Afia Yhan

          Plaintiff (s),

   v.

Hovensa, LLC

Defendant (s).

Case No. Civil 2010-0032

**CLERK'S NOTICE OF INTENT TO DISPOSE OF EXHIBITS**

    Pursuant to Local Rule 39.1(c) unless otherwise ordered by the Court, all exhibits in the custody of the Clerk shall be returned to the offering party upon the latter of the following: (1) the expiration of the period within which an appeal must be filed, or (2) the completion of the appellate process. The Clerk shall notify the offering party in writing of the requirement to present him/herself to the Clerk's office to claim such exhibits within thirty days of receipt of the Clerk's written request. Unclaimed exhibits may be destroyed or otherwise disposed of by the Court.

    Our records indicate that exhibits attached to docket entry no 85 were introduced into evidence by the Plaintiff in the above matter. If you submitted such exhibits and wish to retain these exhibits, you must make arrangements to retrieve them by calling the Clerk's Office at 340-718-1130 within 30 days of the date of this notice. If you do not contact us within this time period, the exhibits will be **destroyed.**

Dated: 4/3/23

GLENDA L. LAKE, ESQUIRE
CLERK OF COURT

By: _____
Deputy Clerk

Received By: Sandra Maldonado
Date: 4-4-23

Misc. 55 (Rev. 7/15)